W. E. VERKLER, Jr., et al., Appellants,

v.

Myrl J. JENNINGS.

No. 15999.

United States Court of Appeals
Eighth Circuit.

June 3, 1958.

Sloan & Sloan and Barrett, Wheatley, Smith & Deacon, Jonesboro, Ark., for appellants.

Frierson, Walker & Snellgrove, Jonesboro, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

UNITED STATES of America,
Appellant,

v.

J. SHEEHAN PLUMBING CO., Inc., and
Martin E. Galt, Jr.

No. 15974.

United States Court of Appeals
Eighth Circuit.

June 6, 1958.

Harry Richards, U. S. Atty., and Robert E. Brauer, Asst. U. S. Atty., St. Louis, Mo., for appellant.

Malcolm I. Frank and Forrest M. Hemker, St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

Martin E. GALT, Jr., Appellant,

v.

UNITED STATES of America.

No. 15975.

United States Court of Appeals
Eighth Circuit.

June 6, 1958.

Forrest M. Hemker, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert E. Brauer, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.